UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                          :
IN RE:                                    :
                                          :
JAMES M. NUTTALL, JR.,                    :  CHAPTER 13
                                          :
                    Debtor.               :  CASE NO. 06-14233 (GMB)
                                          :
_____ :

CERTIFICATE OF SERVICE

I, Nicole A. Ramos, hereby certify that on this 11th day of January, 2007, I have caused a

true and correct copy of the foregoing Memorandum Opinion in the above-referenced bankruptcy

matter to be served on the following by placing same in the United States Mail, addressed as

follows:

Nona L. Ostrove, Esquire                Joseph C. Grassi, Esquire
Subranni, Ostrove & Zauber              2700 Pacific Avenue
1020 Laurel Oak Road                    Wildwood, NJ 08260
Suite 100                               Attorney for Creditor Stephen DeHorsey
Voorhees, NJ 08043
Attorney for Debtor


                                         /s/ Nicole A. Ramos
                                        Judicial Assistant to the
                                        Honorable Gloria M. Burns, U.S.B.J.